

**ORDERED in the Southern District of Florida on November 6, 2015.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                              Case No.:15-27443-RAM

REBECCA RUSSELL,                                   Chapter 7

_____Debtor._____/

ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

This case is before the Court on November 5, 2015, upon the Motion for Relief from Automatic Stay [D.E. 17], filed by The Bank of New York Mellon f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS Inc., Asset-Backed Certificates Series 2007-BC1 by Ditech Financial LLC f/k/a Green Tree Financial LLC and hereinafter referred to as "Movant". Pursuant to Local Rule 4001-1(C) said motion was filed with negative notice and no appropriate response or objection has been filed by the Debtor or the Trustee, within the fourteen calendar day period. Accordingly, it is ORDERED:

1. The Motion for Relief from Automatic Stay is GRANTED.

2.      The automatic stay imposed by 11 U.S.C. §362 is lifted as to Movant, and it may proceed with the enforcement of its security interest upon the following property:

LOT 32, IN BLOCK 35, OF MEADOW WOOD MANOR SECTION SIX, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 128, AT PAGE 19, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

Property Address: : 25601 SW 133RD COURT, MIAMI, FL   33032

3.      The relief granted here permits the creditor to obtain an *in rem judgment* against the property only and does not permit the creditor to seek an in personam judgment against the Debtor.

4.      The fourteen (14) day stay period as provided by Rule 4001(a)(3) shall not be waived or reduced.

5.      Attorney's fees and costs in the amount of $926.00 are awarded for the prosecution of this Motion for Relief from Stay and will be assessed against the property in a subsequent foreclosure action.

###

**Evan Singer, Attorney is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.**

This order prepared by:
Evan S. Singer
Timothy D. Padgett, P.A.
ess@padgettlaw.net